UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LEFLORE, JAMES P. | § | Case No. 10-23040 |
| LEFLORE, LATOYA T. | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/16/2013 in Courtroom 642,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/13/2013            By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| LEFLORE, JAMES P. | § | Case No. 10-23040 |
| LEFLORE, LATOYA T. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | ---: |
| The Final Report shows receipts of | $ | 27,600.00 |
| and approved disbursements of | $ | 19,942.30 |
| leaving a balance on hand of[1] | $ | 7,657.70 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| Trustee Fees: Frances Gecker | $ 2,510.00 | $ 0.00 | $ 2,510.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 3,968.50 | $ 0.00 | $ 3,968.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 53.94 | $ 0.00 | $ 53.94 |
| Other: WILLIAM A. VLASEK | $ 9,200.00 | $ 9,200.00 | $ 0.00 |
| Other: WILLIAM A. VLASEK | $ 646.25 | $ 646.25 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,532.44 |
| Remaining Balance | | $ | 1,125.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,563.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | ASSET ACCEPTANCE LLC ASSIGNEE NICOR GAS COMP | $ 207.82 | $ 0.00 | $ 30.92 |
| 000002 | ASSET ACCEPTANCE LLC / ASSIGNEE /SBC | $ 1,359.19 | $ 0.00 | $ 202.21 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 32.32 | $ 0.00 | $ 4.81 |
| 000004 | PAY DAY LOAN STORE | $ 698.52 | $ 0.00 | $ 103.92 |
| 000005 | ACS RECOVERY SERV AGENT CIGNA HEALTHCARE | $ 4,127.70 | $ 0.00 | $ 614.07 |
| 000006 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,138.23 | $ 0.00 | $ 169.33 |

Total to be paid to timely general unsecured creditors        $ 1,125.26

Remaining Balance        $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                     Case No. 10-23040-ABG
James P. LeFlore                                           Chapter 7
LaToya T. LeFlore
          Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: nmolina                Page 1 of 2              Date Rcvd: Nov 14, 2013
                               Form ID: pdf006              Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2013.
db           #+James P. LeFlore,    116 Berry Street,    Park Forest, IL 60466-1212
jdb          #+LaToya T. LeFlore,   116 Berry Street,    Park Forest, IL 60466-1212
aty           +William Cross,    Frank/Gecker LLP,   325 N. LaSalle St.,    Chicago, IL 60654-6465
aty            Zane L Zielinski,   Frank/Gecker LLP,    325 North LaSalle Street,   Suite 625,
                 Chicago, IL  60610
18736878       ACS Recovery Serv agent CIGNA Healthcare,    ACS Recovery Services,    P O Box 4003,
                 Schaumburg, Il 60168-4003
15604103      +Advocate Medical Group,    20110 Governors Highway,    Olympia Fields, IL 60461-1088
15604104       Afni,   Pob3427,   Bloomington, IL 61702
15604107      +Arnold Scott Harris,    222 Merchandise Mart Plaza,    Suite 1932,   Chicago, IL 60654-1420
15604109      +Associated St. James Radiologists,    P.O. Box 3463,    Springfield, IL 62708-3463
15604111      +Check n Go,    2317-A S. Cicero Avenue,    Cicero, IL 60804-2451
15604114      +Consultants in Pathology, S.C,    P.O. Box 30309,    Charleston, SC 29417-0309
15604115      +Creditacpt,    25505 W 12 Mile Rd,   Southfield, MI 48034-8316
15604116      +Creditors Discount & A,    415 E Main St,   Streator, IL 61364-2927
15604117      +Debt Cr Svc,   2493 Romig Road,    Akron, OH 44320-4109
15604118      +Dependon Collection Se,    Po Box 4833,   Oak Brook, IL 60522-4833
15604120      +EMP of Cook County, LLC,    4535 Dressler Road NW,    Canton, OH 44718-2545
15604122      +Escallate LLC,   PO Box 3521,    Akron, OH 44309-3521
15604123      +Firstbkde/Cf,    1608 Walnut Street,   Philadelphia, PA 19103-5457
15604124      +Fst Premier,   3820 N Louise Ave,    Sioux Falls, SD 57107-0145
15604125      +HAFC Recovery Services,    3450 Dunn Avenue,   Suite 101,    Jacksonville, FL 32218-6427
15604127      +Illinois Collection Se,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
15604128      +Loan Shop Online,    2207 Concord Pike #250,    Wilmington, DE 19803-2908
15604129      +Mark Strehl,   P.O. Box 101,    Monroe Center, IL 61052-0101
15604130      +Med Busi Bur,    1460 Renaissance D,   Park Ridge, IL 60068-1349
15604131      +Medical Business Burea,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
15604132      +Metabkindigo,    Po Box 4499,   Beaverton, OR 97076-4499
15604133      +MidAmerica Cardiovascular Consulant,    5009 W 95th Street,    Oak Lawn, IL 60453-2401
15604134      +Nationwide Credit & Co,    9919 W Roosevelt Rd,    Westchester, IL 60154-2774
15604139      +Payday Loan Store,    4838 S. Cicero,   Chicago, IL 60638-2115
15604142      +RJM Acquisitions Function LLC,    575 Underhill Blvd, Suite 224,   Attn: Bankruptcy Dept.,
                 Syosset, NY 11791-4437
15604143      +Rmi/Mcsi,    3348 Ridge Rd,   Lansing, IL 60438-3112
15604144      +Settlement One,    2605 Camino Del Rio S St,   San Diego, CA 92108-3752
15604145      +St. James Hospital,    37653 Eagle Way,   Chicago, IL 60678-1376
15604146      +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
15604149      +USA Payday,    1338 S. Foothill Drive,   Suite 325,    Salt Lake City, UT 84108-2321
15604150      +Vital Recovery Services,    3795 Data Drive,   Suite 200,    Norcross, GA 30092-6534
15604147      +tc Loan Services,    4150 International Drive,   Fort Worth, TX 76109-4892

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15604105      +E-mail/PDF: recoverybankruptcy@afninet.com Nov 15 2013 00:57:32     Afni, Inc.,   Po Box 3427,
                 Bloomington, IL 61702-3427
15604106      +E-mail/PDF: recoverybankruptcy@afninet.com Nov 15 2013 01:00:08     Afni-Bloom,
                 404 Brock Dr  Po Box 3097,   Bloomington, IL 61701-2654
15604108      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 15 2013 00:50:11     Asset Accept,   Po Box 2036,
                 Warren, MI 48090-2036
18521076      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 15 2013 00:50:11
                 Asset Acceptance LLC / Assignee /SBC,    Po Box 2036,   Warren MI 48090-2036
18521009      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 15 2013 00:50:11
                 Asset Acceptance LLC Assignee Nicor Gas Comp,    Po Box 2036,   Warren MI 48090-2036
15604110       E-mail/Text: bankruptcy@cavps.com Nov 15 2013 00:51:02     Cavalry Portfolio Serv,
                 7 Skyline Dr Ste 3,    Hawthorne, NY 10532
15604112      +E-mail/Text: legalcollections@comed.com Nov 15 2013 00:51:31     ComEd,   P.O Box 6111,
                 Carol Stream, IL 60197-6111
15604113      +E-mail/Text: legalcollections@comed.com Nov 15 2013 00:51:31     ComEd,   PO Box 87522,
                 Chicago, IL 60680-0522
15604119       E-mail/Text: ecar@emhc.org Nov 15 2013 00:50:09     Elmhurst Clinic,   Dept 4585,
                 Carol Stream, IL 60122-4585
15604121      +E-mail/Text: bknotice@erccollections.com Nov 15 2013 00:50:25     Enhanc Rcvry,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
15604126      +E-mail/Text: bkynotice@harvardcollect.com Nov 15 2013 00:51:39     Harvard Collection,
                 4839 N Elston Ave,    Chicago, IL 60630-2589
15604135      +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 15 2013 00:50:43     Nco Fin/99,
                 Po Box 15636,   Wilmington, DE 19850-5636
15604136      +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 15 2013 00:50:44     Nco Financial System,
                 507 Prudential Rd,    Horsham, PA 19044-2368
15604137       E-mail/Text: bankrup@aglresources.com Nov 15 2013 00:49:06     Nicor,   PO Box 0632,
                 Aurora, IL 60507-0632
15604138      +E-mail/Text: clientservices@northwestcollectors.com Nov 15 2013 00:49:44     Nw Collector,
                 3601 Algonquin Rd,    Rolling Meadow, IL 60008-3143
```

```
District/off: 0752-1         User: nmolina             Page 2 of 2              Date Rcvd: Nov 14, 2013
                             Form ID: pdf006           Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15604140      +E-mail/Text: mmrgbk@miramedrg.com Nov 15 2013 00:50:24      Pellettieri,   991 Oak Creek Dr,
               Lombard, IL 60148-6408
18752166       E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2013 00:50:03
               Quantum3 Group LLC as agent for,   Elite Recovery Acquisitions LLC,   PO Box 788,
               Kirkland, WA  98083-0788
18530534       E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2013 00:50:03
               Quantum3 Group LLC as agent for,   Capio Partners LLC,   PO Box 788,   Kirkland, WA  98083-0788
15604141      +E-mail/Text: rjm@ebn.phinsolutions.com Nov 15 2013 00:49:52      Rjm Acq Llc,   575 Underhill Blvd,
               Syosset, NY 11791-3426
15604148      +E-mail/Text: bankruptcy@uacc.net Nov 15 2013 00:49:14      United Auto Credit Co,
               17752 Sky Park Cir Ste 1,   Irvine, CA 92614-4468
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Frank/Gecker LLP
18640704      ##+Pay Day Loan Store,   PLS Financial Bankrupt Dept,   1020 N McLean Blvd,   Elgin, IL 60123-1709
                                                                                         TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2013                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2013 at the address(es) listed below:
```
          Ariane   Holtschlag    on behalf of Creditor Mark   Strehl aholtschlag@wfactorlaw.com,
           gsullivan@wfactorlaw.com
          Frances   Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Joseph P Doyle    on behalf of Debtor James P. LeFlore joe@fightbills.com,   courts@fightbills.com
          Joseph P Doyle    on behalf of Joint Debtor LaToya T. LeFlore joe@fightbills.com,
           courts@fightbills.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Frances   Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 6
```