# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
LEFLORE, JAMES P.                         §        Case No. 10-23040
LEFLORE, LATOYA T.                        §
                                          §
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on   . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JAMES P. LEFLORE and | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| WILLIAM A. VLASEK | | | | | |
| WILLIAM A. VLASEK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Medical Group 20110 Governors Highway Olympia Fields, IL 60461 | | | | | |
| | Afni Pob3427 Bloomington, IL 61702 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Afni, Inc. Po Box 3427 Bloomington, IL 61702 | | | | | |
| | Afni-Bloom 404 Brock Dr Po Box 3097 Bloomington, IL 61701 | | | | | |
| | Arnold Scott Harris 222 Merchandise Mart Plaza Suite 1932 Chicago, IL 60680-5625 | | | | | |
| | Associated St. James Radiologists P.O. Box 3463 Springfield, IL 62708 | | | | | |
| | Cavalry Portfolio Serv 7 Skyline Dr Ste 3 Hawthorne, NY 10532 | | | | | |
| | Check n Go 2317-A S. Cicero Avenue Cicero, IL 60804 | | | | | |
| | ComEd P.O Box 6111 Carol Stream, IL 60197 | | | | | |
| | ComEd PO Box 87522 Chicago, IL 60680 | | | | | |
| | Consultants in Pathology, S.C P.O. Box 30309 Charleston, SC 29417 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditacpt 25505 W 12 Mile Rd Southfield, MI 48034 | | | | | |
| | Creditors Discount & A 415 E Main St Streator, IL 61364 | | | | | |
| | Debt Cr Svc 2493 Romig Road Akron, OH 44320 | | | | | |
| | Dependon Collection Se Po Box 4833 Oak Brook, IL 60522 | | | | | |
| | EMP of Cook County, LLC 4535 Dressler Road NW Canton, OH 44718 | | | | | |
| | Elmhurst Clinic Dept 4585 Carol Stream, IL 60122-4585 | | | | | |
| | Enhanc Rcvry 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Escallate LLC PO Box 3521 Akron, OH 44309 | | | | | |
| | Firstbkde/Cf 1608 Walnut Street Philadelphia, PA 19103 | | | | | |
| | Fst Premier 3820 N Louise Ave Sioux Falls, SD 57104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fst Premier 3820 N Louise Ave Sioux Falls, SD 57104 | | | | | |
| | HAFC Recovery Services 3450 Dunn Avenue Suite 101 Jacksonville, FL 32218 | | | | | |
| | Harvard Collection 4839 N Elston Ave Chicago, IL 60630 | | | | | |
| | Illinois Collection Se 8231 185th St Ste 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se 8231 185th St Ste 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se 8231 185th St Ste 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se 8231 185th St Ste 100 Tinley Park, IL 60487 | | | | | |
| | Loan Shop Online 2207 Concord Pike #250 Wilmington, DE 19803 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mark Strehl P.O. Box 101 Monroe Center, IL 61052 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |
| | Med Busi Bur 1460 Renaissance D Park Ridge, IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Business Burea 1460 Renaissance Dr Park Ridge, IL 60068 | | | | | |
| | Metabkindigo Po Box 4499 Beaverton, OR 97076 | | | | | |
| | MidAmerica Cardiovascular Consulant 5009 W 95th Street Oak Lawn, IL 60453 | | | | | |
| | Nationwide Credit & Co 9919 W Roosevelt Rd Westchester, IL 60154 | | | | | |
| | Nationwide Credit & Co 9919 W Roosevelt Rd Westchester, IL 60154 | | | | | |
| | Nco Fin/99 Po Box 15636 Wilmington, DE 19850 | | | | | |
| | Nco Financial System 507 Prudential Rd Horsham, PA 19044 | | | | | |
| | Nco Financial System 507 Prudential Rd Horsham, PA 19044 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor PO Box 0632 Aurora, IL 60507-0632 | | | | | |
| | Nw Collector 3601 Algonquin Rd Rolling Meadow, IL 60008 | | | | | |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | | | | |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | | | | |
| | Pellettieri 991 Oak Creek Dr Lombard, IL 60148 | | | | | |
| | RJM Acquisitions Function LLC 575 Underhill Blvd, Suite 224 Attn: Bankruptcy Dept. Syosset, NY 11791 | | | | | |
| | Rjm Acq Llc 575 Underhill Blvd Syosset, NY 11791 | | | | | |
| | Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Settlement One 2605 Camino Del Rio S St San Diego, CA 92108 | | | | | |
| | St. James Hospital 37653 Eagle Way Chicago, IL 60678 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St. James Hospital 37653 Eagle Way Chicago, IL 60678 | | | | | |
| | State Collection Servi 2509 S Stoughton Rd Madison, WI 53716 | | | | | |
| | USA Payday 1338 S. Foothill Drive Suite 325 Salt Lake City, UT 84108 | | | | | |
| | United Auto Credit Co 17752 Sky Park Cir Ste 1 Irvine, CA 92614 | | | | | |
| | Vital Recovery Services 3795 Data Drive Suite 200 Norcross, GA 30092 | | | | | |
| | tc Loan Services 4150 International Drive Fort Worth, TX 76109 | | | | | |
| 000005 | ACS RECOVERY SERV AGENT CIGNA HEALT | | | | | |
| 000002 | ASSET ACCEPTANCE LLC / ASSIGNEE /SB | | | | | |
| 000001 | ASSET ACCEPTANCE LLC ASSIGNEE NICOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | PAY DAY LOAN STORE | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000006 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-23040 | ABG | Judge: A. Benjamin Goldgar | Trustee Name: | Frances Gecker |
| Case Name: | LEFLORE, JAMES P. | | | Date Filed (f) or Converted (c): | 05/20/10 (f) |
| | LEFLORE, LATOYA T. | | | 341(a) Meeting Date: | 07/27/10 |
| For Period Ending: 03/28/14 | | | | Claims Bar Date: | 05/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Cash on Hand<br>    Debtor Claimed Exemption | 102.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Guarantee Bank<br>    Debtor Claimed Exemption | 2.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous used household goods and furnishings<br>    Debtor Claimed Exemption | 650.00 | 0.00 | | 0.00 | FA |
| 4. Books, Pictures, and CD's<br>    Debtor Claimed Exemption | 175.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel<br>    Debtor Claimed Exemption | 350.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous Costume Jewelry<br>    Debtor Claimed Exemption | 125.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance policy through employer - (No | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2009 tax refund of $3,100 has been spent on necess | 0.00 | 0.00 | | 0.00 | FA |
| 9. PERSONAL INJURY LAWSUIT | 0.00 | 7,000.00 | | 27,600.00 | FA |
| 10. Automobile - 1998 Dodge Caravan with 130,000 miles<br>    Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 10-23040 | ABG | Judge: A. Benjamin Goldgar |
| Case Name: | LEFLORE, JAMES P. | | |
| | LEFLORE, LATOYA T. | | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 05/20/10 (f) |
| 341(a) Meeting Date: | 07/27/10 |
| Claims Bar Date: | 05/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 11. Automobile - 1996 Honda Accent with 157,000 miles<br>    Debtor Claimed Exemption | 150.00 | 0.00 | | 0.00 | FA |
| 12. 5 Pitbulls<br>    Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 13. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,154.00 | $7,000.00 | $27,600.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FUNDS HAVE BEEN DISTRIBUTED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 06/01/13

/s/     Frances Gecker

_____  Date: _____

   FRANCES GECKER

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-23040  -ABG |
| Case Name: | LEFLORE, JAMES P. |
| | LEFLORE, LATOYA T. |
| Taxpayer ID No: | *******0678 |
| For Period Ending: | 03/28/14 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6062  OPERATING ACCOUNT |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/12 | 9 | American Family Insurance Group Madison, Wisconsin | P.I. Lawsuit | 1142-000 | 27,600.00 | | 27,600.00 |
| 03/28/12 | 001000 | WILLIAM A. VLASEK WILLIAM A. VLASEK P.C. 3256 RIDGE ROAD, SUITE 201 LANSING, ILLINOIS  60438 | Special Counsel Fees Court Order dated 3/28/12  Fees          9,200.00 Expenses      646.25 | 3991-000 3992-000 | | 9,846.25 | 17,753.75 |
| 03/28/12 | 001001 | JAMES P. LEFLORE and LATOYA T. LEFLORE | Debtor's Exemption | 8100-000 | | 10,000.00 | 7,753.75 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 7,753.75 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 27,600.00 | 27,600.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 7,753.75 | |
| Subtotal | 27,600.00 | 19,846.25 | |
| Less:  Payments to Debtors | | 10,000.00 | |
| Net | 27,600.00 | 9,846.25 | |

Page Subtotals          27,600.00          27,600.00

Ver: 17.05c

FORM 2                                                                    Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 10-23040 -ABG | | | Trustee Name: | Frances Gecker | |
| Case Name: | LEFLORE, JAMES P. | | | Bank Name: | Bank of New York Mellon | |
| | LEFLORE, LATOYA T. | | | Account Number / CD #: | *******7039  GENERAL CHECKING | |
| Taxpayer ID No: | *******0678 | | | | | |
| For Period Ending: | 03/28/14 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 7,753.75 | | 7,753.75 |
| 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Blanket Bond #016026455 | 2300-000 | | 7.00 | 7,746.75 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 6.32 | 7,740.43 |
| 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 3.68 | 7,736.75 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.50 | 7,725.25 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.11 | 7,714.14 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.47 | 7,702.67 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.08 | 7,691.59 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.44 | 7,680.15 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.42 | 7,668.73 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 11.03 | 7,657.70 |
| 12/17/13 | 010001 | FRANCES GECKER FRANK/GECKER LLP | Chapter 7 Compensation/Expense | 2100-000 | | 2,510.00 | 5,147.70 |

Page Subtotals          7,753.75          2,606.05

FOR THE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 10-23040 -ABG | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | LEFLORE, JAMES P. | Bank Name: | Bank of New York Mellon |
| | LEFLORE, LATOYA T. | Account Number / CD #: | *******7039  GENERAL CHECKING |
| Taxpayer ID No: | *******0678 | | |
| For Period Ending: | 03/28/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 325 N. LaSalle Street, Suite 625 Chicago, IL  60654 | | | | | |
| 12/17/13 | 010002 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654 | Attorney for Trustee Fees (Trustee | | | 4,022.44 | 1,125.26 |
| | | | Fees        3,968.50 | 3110-000 | | | |
| | | | Expenses      53.94 | 3120-000 | | | |
| 12/17/13 | 010003 | ASSET ACCEPTANCE LLC ASSIGNEE NICOR GAS COMP PO BOX 2036 WARREN MI 48090 | Claim 000001, Payment 14.88% | 7100-000 | | 30.92 | 1,094.34 |
| 12/17/13 | 010004 | ASSET ACCEPTANCE LLC / ASSIGNEE /SBC PO BOX 2036 WARREN MI 48090 | Claim 000002, Payment 14.88% | 7100-000 | | 202.21 | 892.13 |
| 12/17/13 | 010005 | United States Bankruptcy Court 219 S. Dearborn Street Courtroom 642 Chicago, IL  60604 | Claim 000003, Payment 14.88% QUANTUM3 GROUP LLC AS AGENT FOR CAPIO PARTNERS LLC PO BOX 788 KIRKLAND, WA 98083-0788 | 7100-000 | | 4.81 | 887.32 |
| *  12/17/13 | 010006 | PAY DAY LOAN STORE PLS FINANCIAL BANKRUPT DEPT 1020 N MCLEAN BLVD ELGIN, IL 60123 | Claim 000004, Payment 14.88% | 7100-003 | | 103.92 | 783.40 |

Page Subtotals       0.00       4,364.30

Ver: 17.05c

FORM 2                                                                                                    Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| Case No: | 10-23040  -ABG | Trustee Name: | Frances Gecker |
| Case Name: | LEFLORE, JAMES P. | Bank Name: | Bank of New York Mellon |
| | LEFLORE, LATOYA T. | Account Number / CD #: | *******7039  GENERAL CHECKING |
| Taxpayer ID No: | *******0678 | | |
| For Period Ending: | 03/28/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/17/13 | 010007 | ACS RECOVERY SERV AGENT CIGNA HEALTHCARE ACS RECOVERY SERVICES P O BOX 4003 SCHAUMBURG, IL 60168-4003 | Claim 000005, Payment 14.88% | 7100-000 | | 614.07 | 169.33 |
| 12/17/13 | 010008 | QUANTUM3 GROUP LLC AS AGENT FOR ELITE RECOVERY ACQUISITIONS LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Claim 000006, Payment 14.88% | 7100-000 | | 169.33 | 0.00 |
| * 01/13/14 | 010006 | PAY DAY LOAN STORE PLS FINANCIAL BANKRUPT DEPT 1020 N MCLEAN BLVD ELGIN, IL 60123 | Claim 000004, Payment 14.88% Business moved.  Reissued check after calling claimant's office. | 7100-003 | | -103.92 | 103.92 |
| 01/13/14 | 010009 | PAY DAY LOAN STORE PLS FINANCIAL BANKRUPT DEPT 575 N. McClean Blvd. ELGIN, IL 60123 | Claim 000004, Payment 14.88% | 7100-000 | | 103.92 | 0.00 |

Page Subtotals                          0.00            783.40

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit 9

| Case No: | 10-23040  -ABG | Trustee Name: | Frances Gecker |
| Case Name: | LEFLORE, JAMES P. | Bank Name: | Bank of New York Mellon |
| | LEFLORE, LATOYA T. | Account Number / CD #: | *******7039  GENERAL CHECKING |
| Taxpayer ID No: | *******0678 | | |
| For Period Ending: | 03/28/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,753.75 | 7,753.75 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 7,753.75 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,753.75 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,753.75 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| OPERATING ACCOUNT - *******6062 | 27,600.00 | 9,846.25 | 0.00 |
| GENERAL CHECKING - ********7039 | 0.00 | 7,753.75 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 27,600.00 | 17,600.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

/s/     Frances Gecker

Trustee's Signature: _____     Date: 03/26/14

FRANCES GECKER

Page Subtotals            0.00            0.00

Ver: 17.05c